JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-mj-1027-DJA |
| Plaintiff, | ORDER to Continue the Preliminary Hearing (Fifth Request) |
| v. | |
| LUIGI J. MONTES, | |
| ALEXANDER HOYOS RIVERA, and | |
| PETER ALEXANDER STINCER, | |
| Defendants. | |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jim W. Fang, Assistant United States Attorney, Charles Medlin, Esq. and Jess Marchese, Esq., counsel for Defendant Luigi J. Montes, Ivette A. Maningo, Esq., counsel for Defendant Alexander Hoyos Rivera, and Jacqueline M. Tirinnanzi, Esq., counsel for Defendant Peter Alexander Stincer, that the preliminary hearing in the above-captioned matter, previously scheduled for December 5, 2022, at 4:00 p.m., be vacated and continued until a time convenient to the Court, but no earlier than 90 days from the current setting.

1. Federal Rule of Criminal Procedure Rule 5.1(d) provides that "[w]ith the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits [for preliminary hearings] one or more times." Here, the parties desire to explore the potential to resolve this matter before defendants are formally charged by a criminal indictment.

2. In that regard, all defendants and the government have agreed as to the terms of plea for each defendant without an indictment. The parties still need time to finalize and execute the agreements, and provide the agreements to the district court for consideration, review, and acceptance. As such, the parties request a continuance of the preliminary hearing in this matter until a time convenient to the Court, but no earlier than 90 days from the current setting.

3. This continuance is not sought for the purposes of delay, but to provide the parties with additional time to resolve the matter pre-indictment.

4. Defendants are not in custody and agree to the continuance.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

6. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

DATED this 30th day of November, 2022.

JASON M. FRIERSON
United States Attorney

 *s/Jim W. Fang*  
JIM W. FANG
Assistant United States Attorney
*Counsel for the United States*

 *s/ Jess Marchese*  
JESS MARCHESE, ESQ.
*Counsel for Defendant Montes*

 *s/ Ivette A. Maningo*  
IVETTE A. MANINGO, ESQ.
*Counsel for Defendant Rivera*

 *s/ Jacqueline M. Tirinnanzi*  
JACQUELINE M. TIRINNANZI, ESQ.
*Counsel for Defendant Stincer*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIGI J. MONTES,

ALEXANDER HOYOS RIVERA, and

PETER ALEXANDER STINCER,

    Defendants.

Case No. 2:21-mj-1027-DJA

**FINDINGS AND ORDER**

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. All defendants and the government have agreed as to the terms of plea for each defendant without an indictment. The parties still need time to finalize and execute the agreements, and provide the agreements to the district court for consideration, review, and acceptance. The Court finds good cause to continue the hearing to allow the parties to resolve the matter pre-indictment.

2. Both counsels for defendants and counsel for the government agree to the continuance.

3. Defendants are not in custody and agree to the continuance.

4. The continuance is not sought for the purposes of delay, but to allow the parties to resolve the matter pre-indictment.

5. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interest of the public and the defendants in a speedy trial.

6. The additional time requested by this stipulation is excludable in computing the time within which indictment must be filed pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b), and considering the factors under 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv).

THEREFORE, IT IS HEREBY ORDERED that the preliminary hearing in the above-captioned matter currently scheduled for December 5, 2022, at 4:00 p.m. be vacated and continued to March 6, 2023, at 4:00 p.m., Courtroom 3A.

DATED this 1st day of December, 2022.

_____
HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE